IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITIBANK, N. A., § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-2796-N (BF) |
| § | |
| CALVIN BARCLAY, LYNN CHENIER, § | |
| TRACY CZARNECKI, and § | |
| ALL OCCUPANTS, § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled.

Plaintiff's Motion to Remand is **GRANTED**. The Clerk shall remand this case to County Court at Law No. 3, Dallas County, Texas. Plaintiff's request for attorney fees and costs in the amount of $2,500 is **GRANTED**.

**SO ORDERED** this 6th day of February, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE